IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VICTOR OMAR MORALES-GUDIEL, Petitioner, v. ROBERT GUADIAN, *et al.*, Respondents. | ) | 1:26-cv-2844 (RDA/LRV) |

**ORDER**

On August 29, 2026, Petitioner Victor Omar Morales-Gudiel ("Petitioner") filed an Amended Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained. Dkt. 2. Petitioner, who is a native and citizen of Guatemala and overstayed a visa in 2023, is currently detained at the Chantilly ICE Processing Facility in Chantilly, Virginia. Dkt. 2 at 1-2. The Amended Petition asserts a single due process violation based on the "refusal to provide any process whatsoever." *Id.* at 8. Petitioner seeks to have the Court "order that a neutral and impartial adjudicator conduct a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days." *Id.* at 8.

Respondents have responded that "Petitioner is not being detained under 8 U.S.C. § 1225(b), and he is eligible for bond consideration under § 1226(a)." Dkt. 5 at 1. Respondents assert that Petitioner has not sought bond consideration and has not been denied and therefore has failed to exhaust the administrative remedies available to him. *Id.* at 2. Moreover, Respondents assert that the factual premise of the Amended Petition is incorrect because a Notice to Appear was issued. *Id.* To the extent Petitioner challenges his warrantless arrest, this Court has previous rejected such a challenge under habeas. *See Silva v. Noem*, 2026 WL 560338, at *3 (E.D. Va. Feb. 25, 2026) ("[T]hus, Petitioner cannot seek his immediate release based on the warrantless nature of his original arrest.").

Because Respondents have not precluded Petitioner from seeking bond and because the parties do not dispute that Petitioner is subject to Section 1226(a), there is no dispute for the Court to resolve. If Petitioner seeks bond and is denied on the basis that he is being held pursuant to Section 1225, then he may

renew his habeas petition in this case.

Accordingly, it is hereby ORDERED that the Amended Petition (Dkt. 2) is DENIED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

Entered this 9 day of September, 2026.

Alexandria, Virginia

/s/

Rossie D. Alston, Jr.
United States District Judge